1

2

3

4

5

6                           **UNITED STATES DISTRICT COURT**

7                               **DISTRICT OF NEVADA**

8   RICHARD DEEDS,                          )
                                            )
9            Plaintiff,                      )
                                            )
10          v.                               )          3:14-cv-138-RCJ-WGC
                                            )
11  ROMEO ARANAS et al.,                     )          **ORDER**
                                            )
12          Defendants.                      )
                                            )
13  _____ )

14  **I.      DISCUSSION**

15          On April 28, 2014, this Court issued a screening order which dismissed Counts I and II

16  (deliberate indifference and due process) with prejudice and permitted Count III (disciplinary

17  due process) to proceed.  (ECF No. 7 at 7).  This case entered a 90-day stay for the purpose

18  of informal settlement discussions.  (ECF No. 7, 10).

19          On May 7, 2014, Plaintiff filed a motion for reconsideration.  (ECF No. 11).  Plaintiff

20  argues that Counts I and II should proceed and that, in Count III, the Court should further order

21  that Plaintiff had a "liberty interest in not being charged with misconduct in the first place." (*Id.*

22  at 1, 9).

23          A motion to reconsider must set forth "some valid reason why the court should

24  reconsider its prior decision" and set "forth facts or law of a strongly convincing nature to

25  persuade the court to reverse its prior decision." *Frasure v. United States*, 256 F.Supp.2d

26  1180, 1183 (D. Nev. 2003). Reconsideration is appropriate if this Court "(1) is presented with

27  newly discovered evidence, (2) committed clear error or the initial decision was manifestly

28  unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. No. 1J v. Acands,*

    *Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).  "A motion for reconsideration is not an avenue to

1    re-litigate the same issues and arguments upon which the court already has ruled." *Brown v.*

2    *Kinross Gold, U.S.A.*, 378 F.Supp.2d 1280, 1288 (D. Nev. 2005).

3         The Court has read Plaintiff's motion for reconsideration and finds that Plaintiff

4    reiterates the factual allegations he presented in his complaint.  The Court does not find that

5    it committed clear error in its initial screening order or that its order was manifestly unjust.  As

6    such, the Court denies Plaintiff's motion for reconsideration.

7    **II.      CONCLUSION**

8         For the foregoing reasons, IT IS ORDERED that the motion for reconsideration (ECF

9    No. 11) is DENIED.

10

11

12         DATED: This  28th   day of May, 2014.

13

14                                              _____
                                                United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28