UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD DEEDS,<br><br>                              Plaintiff,<br><br>    v.<br><br>ROMEO ARANAS, et. al.<br><br>                              Defendants. | 3:14-cv-00138-RCJ-WGC<br><br>**ORDER** |

Before the court is Defendants' motion requesting that the court screen the First Amended Complaint (Doc. # 18). Defendants' motion is **GRANTED**. The court will issue a separate report and recommendation screening the First Amended Complaint.

**IT IS SO ORDERED**.

DATED: August 19, 2014

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE