UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD DEEDS, <br><br> Plaintiff, <br><br> v. <br><br> ROMEO ARANAS, *et al.,* <br><br> Defendants. | CASE NO.: 3:14-CV-00138-RCJ-WGC <br><br> **ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#21[1]) entered on August 19, 2014, recommending that Plaintiff's Complaint be allowed to proceed in part and be dismissed with prejudice in part. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#26) on September 2, 2014 and Defendants' filed their Opposition to Plaintiff's Objection to the Report and Recommendation (#27) on September 9, 2014.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#21) entered on August 19, 2014, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Count I will proceed against Defendants Martin, LeGrand and Cox;

IT IS FURTHER ORDERED that Count II is DISMISSED WITH PREJUDICE;

IT IS FURTHER ORDERED that Count III will proceed against Defendants Martin, Deal, Donnelly, LeGrand and Cox.

---

[1] Refers to court's docket number.

1  IT IS FURTHER ORDERED that Defendants Sandie and John Doe #1 Offender Management
2 Administrator are DISMISSED WITH PREJUDICE.
3  IT IS SO ORDERED.
4  DATED: this 4th day of November, 2014.

_____
ROBERT C. JONES