**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD DEEDS,   Plaintiff,   vs.   ROMEO ARANAS et al.,   Defendants. | 3:14-CV-00138-RCJ-WGC   **ORDER** |

Plaintiff sued Defendants for violations of his civil rights under 42 U.S.C. § 1983. The Court adopted the Magistrate Judge's Report and Recommendation, including the recommendation that Count II be dismissed with prejudice because there is no liberty interest in assignment to a particular prison. Plaintiff has asked the Court to reconsider as to Count II. The Court declines to reconsider.

///

///

///

///

///

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 29) is DENIED.

IT IS SO ORDERED.

Dated this 25th day of March, 2015.

```
_____
         ROBERT C. JONES
      United States District Judge
```