# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD DEEDS, | 3:14-cv-00138-RCJ-WGC |
| Plaintiff, | |
| vs. | **ORDER** |
| ROMEO ARANAS, et al. | |
| Defendants. | |

On March 27, 2015, this court granted Plaintiff leave to file a second amended complaint. (Doc. # 49.) On April 10, 2015, the Defendants who have previously appeared in this action answered Plaintiff's Second Amended Complaint. (Doc. # 51.) The office of the Attorney General did not appear for newly added defendant, Ramon Olivas. Therefore, counsel for Defendants shall advise the court within **twenty-one (21) days** of the date of entry of this order, whether the Office of the Attorney General can accept service on behalf of Ramon Olivas, and if so, it shall file an answer on behalf of Ramon Olivas, also within **twenty-one (21) days** of this order. If the Office of the Attorney General cannot accept service, the Office shall, within **twenty-one (21) days**, file *under seal*, but not serve upon Plaintiff, the last known address of newly added Defendant Ramon Olivas.

If service cannot be accepted for Ramon Olivas, plaintiff shall file a motion identifying the unserved defendant, requesting issuance of a summons, and specifying a full name and address for the defendant(s). For the defendant(s) as to which the Attorney General has not provided last-known address information, plaintiff shall provide the full name and address for the defendant.

**IT IS SO ORDERED.**

DATED: April 13, 2015

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE