UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD DEEDS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROMEO ARANAS, et al.,<br><br>　　　　　Defendants. | **MINUTES OF THE COURT**<br><br>April 30, 2015 |

PRESENT:　THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:　KATIE LYNN OGDEN　　REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　　Before the court are "Plaintiff's Motion for Enlargement of Time to File Discovery Motions (1. Motion to Determine Sufficiency of Answers and Objections [FRCP 36(a)(b)]; 2. Motion for Sanctions [FRCP 26 (g)(3)])" (Doc. # 55 [1]), and his "Motion for Leave to Conduct Discovery From Newly Joined Defendant Ramon Olivas" (Doc. # 56).[2]

**I. Extension of Time to File Discovery Motions (Doc. # 55)**

　　　Plaintiff seeks a thirty day enlargement of time to and including June 3, 2015, to file the two discovery motions referenced in the title of his motion. The current deadline for filing discovery motions is May 4, 2015.  Plaintiff's motion (Doc. # 55) is **GRANTED** and Plaintiff shall have to and including **June 3, 2015**, to file his Motion to Determine Sufficiency of Answers and Objections [FRCP 36(a)(b)]; and Motion for Sanctions [FRCP 26 (g)(3)]).

　　　Plaintiff is advised, however, any discovery-related motion Plaintiff might pursue comply with Local Rule 26-7 which provides, in pertinent part, as follows:

///

---

　　　[1]Refers to the court's docket number.

　　　[2] Plaintiff filed both motions in one document; the clerk's office lodged the motions as separate documents.

MINUTES OF THE COURT
3:14-cv-00138-RCJ-WGC
Date:  April 30, 2015
Page 2

    **LR 26-7.  DISCOVERY MOTIONS.**

    1.    All motions to compel discovery or for protective order shall set forth in full the text of the discovery originally sought and the response thereto, if any.

    2.    Discovery motions will not be considered unless a statement of the movant is attached thereto certifying that, **after personal consultation and sincere effort to do so, the parties have been unable to resolve the matter without Court action.**

(Emphasis added).

## II.  Motion for Leave to Conduct Discovery from Newly Joined Defendant Ramon Olivas (Doc. # 56)

Plaintiff requests an order allowing him to serve discovery on Defendant Olivas who recently appeared in this action. (Doc. # 56.)  Plaintiff's motion (Doc. # 56) is **GRANTED.**  The deadlines for Plaintiff to conduct discovery or file discovery motions **as to Defendant Olivas only** are extended as follows:

    Discovery shall be completed on or before **July 14, 2015.**

    Discovery motions shall be filed and served no later than **July 30, 2015.**

The Court establishes the following new deadlines for **all** parties relative to the Scheduling Order as follows:

    Dispositive motions shall be filed and served no later than **August 13, 2015.**

    The Joint Pre-Trial Order shall be filed no later than **September 14, 2015.**  If a dispositive motion is filed, the Joint Pre-Trial Order shall be due **thirty (30)** days after a decision on the dispositive motion.

**There shall be no further extensions.**

**IT IS SO ORDERED.**

    LANCE S. WILSON, CLERK

    By:    /s/ _____
            Deputy Clerk