**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD DEEDS, | CASE NO.: 3:14-CV-00138-RCJ-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES GREG COX, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (ECF #100[1]) entered on June 28, 2016, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF #84). Plaintiff filed Objections to Magistrate Judge's Report and Recommendation (ECF #101) and Defendants filed an Opposition to Plaintiff's Objections (ECF #103).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#100) entered on June 28, 2016, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #84) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED this 17th day of August, 2016.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.