AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

RICHARD DEEDS,

Plaintiff,

V.

JAMES GREG COX, *et al.*,

Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:14-CV-00138-RCJ-WGC

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation (ECF No. 100) is ADOPTED AND ACCEPTED, and Defendants' Motion for Summary Judgment (ECF #84) is GRANTED.

August 17, 2016

**LANCE S. WILSON**
Clerk

/s/ D. R. Morgan
Deputy Clerk